| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **American Dental of LaGrange LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  LaGrange Smile Center** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2573780** | |
| 4. | **Debtor's address** | **Principal place of business**  **313 Moody Bridge Road**  **LaGrange, GA 30240**  Number, Street, City, State & ZIP Code  **Troup**  County | **Mailing address, if different from principal place of business**  **P.O. Box 457**  **Eastman, GA 31023**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **313 Mooty Bridge Road LaGrange, GA 30240**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **American Dental of LaGrange LLC**_____  Case number (*if known*)_____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **American Dental of LaGrange LLC**      Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor **American Dental of LaGrange LLC** _____ Case number (*if known*) _____
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **American Dental of LaGrange LLC**     Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 24, 2024**
MM / DD / YYYY

**X /s/ Michael Knight**     **Michael Knight**
Signature of authorized representative of debtor     Printed name

Title **Authorized Person**

**18. Signature of attorney**

**X /s/ Matthew S. Cathey**     Date **May 24, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Matthew S. Cathey**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone **478-750-9898**     Email address **mcathey@stoneandbaxter.com**

**759547 GA**
Bar number and State

Debtor  **American Dental of LaGrange LLC**　　　　　　　　　　Case number (*if known*)
　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **American Dental of Eastman, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Georgia** | When **5/24/24** | Case number, if known | |
| Debtor | **American Dental of Fitzgerald, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Georgia** | When **5/24/24** | Case number, if known | |

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 6

## CORPORATE RESOLUTION AUTHORIZING
## FILING OF PETITION UNDER CHAPTER 11

American Dental of Georgia, LLC, the Manager of American Dental of LaGrange, LLC (the "Company"), hereby certifies that, on the 22nd day of May, 2024, a meeting was held of the members and manager of the Company, and the following resolution was passed unanimously:

RESOLVED, that in the judgment of the members and manager, it is desirable and for the best interest of this Company, its creditors, stockholders and other interested parties, that a petition be filed by this Company in the United States Bankruptcy Court for the Middle District of Georgia, Albany Division (the "Chapter 11 Case") under the provisions of Chapter 11 of Title 11 of the United States Code, and that the same be filed at such time as may be directed by Michael Knight of the Company; and it is further

RESOLVED, that Michael Knight is hereby expressly authorized on the behalf of the Company to retain and compensate, subject to court approval, Stone & Baxter, LLP, as counsel for the Company in connection with the Chapter 11 Case, and it is hereby

RESOLVED, that the form of petition under Chapter 11 presented to the members and manager be, and the same hereby is approved and adopted in all respects, and that the Michael Knight be, and he hereby is, authorized and directed, on behalf of and in the name of this Company, to execute and verify petitions substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Middle District of Georgia, Albany Division; and it is further

RESOLVED, that Michael Knight be, and is hereby, authorized to execute and file all petitions, schedules, list and other papers, and to take any and all actions which they may deem necessary or proper in connection with such proceeding under said Chapter 11, and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary or proper with a view to the successful termination of such proceedings.

This 22nd day of May, 2024.

**MANAGER**

AMERICAN DENTAL OF GEORGIA, LLC

By: _/s/ Michael Knight_

Michael Knight, Manager


**MEMBER**

AMERICAN DENTAL OF GEORGIA, LLC

By: _/s/ Michael Knight_

Michael Knight, Manager

**Fill in this information to identify the case:**

Debtor name  **American Dental of LaGrange LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 24, 2024**     X **/s/ Michael Knight**
Signature of individual signing on behalf of debtor

**Michael Knight**
Printed name

**Authorized Person**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **American Dental of LaGrange LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF GEORGIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avanza Group, LLC<br>3974 Amboy Road, Suite 306<br>Staten Island, NY 10308 | | 90 days or less: UCC No. 141-2023-001331 Filed on 11/3/23 in Troup County | Disputed | $38,000.00 | Unknown | Unknown |
| Borrette Eastate LLC<br>2350 First Street<br>Napa, CA 94581-0540 | | Unpaid rent | | | | $43,500.00 |
| Clearview Funding Solutions, LLC<br>576 Broadhollow Road<br>Melville, NY 11747 | | 90 days or less: UCC No. 038-2024-003199 Filed on 2/9/24 in Coweta County | Disputed | $35,000.00 | Unknown | Unknown |
| Corporation Service Company<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | | 90 days or less: UCC No. 141-2023-001056 Filed on 8/24/23 in Troup County | Disputed | Unknown | Unknown | Unknown |
| Corporation Service Company<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | | 90 days or less: UCC No. 038-2020-000864 Filed on 1/13/20 in Coweta County | Disputed | Unknown | Unknown | Unknown |
| Corporation Service Company<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | | 90 days or less: UCC No. 141-2023-000197 Filed on 2/13/23 in Troup County | Disputed | Unknown | Unknown | Unknown |
| Corporation Service Company<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | | 90 days or less: UCC No. 038-2020-003787 Filed on 2/24/20 in Coweta County | Disputed | Unknown | Unknown | Unknown |

Debtor  **American Dental of LaGrange LLC**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CT Corporation System, as Rep. Attn: SPRS 330 N Brand Blvd., Suite 700 Glendale, CA 91203** | | 90 days or less: UCC No. 007-2023-052772 Filed on 10/19/23 in Barrow County | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **CT Corporation Systems as Rep Attn: SPRS 330 N. Brand Blvd., Suite 700 Glendale, CA 91203** | | 90 days or less: UCC No. 007-2023-000809 Filed on 1/6/23 in Barrow County | **Disputed** | **Unknown** | **Unknown** | **Unknown** |
| **E Advance Services 370 Lex Avenue, Suite 801 New York, NY 10017** | | 90 days or less: UCC No. 045-2023-000319 Filed on 7/12/23 in Dodge County | **Disputed** | **$38,000.00** | **Unknown** | **Unknown** |
| **Fundamental Capital, LLC d/b/a NEXI Fin 2803 Biscayne Blvd. Miami, FL 33180** | | **Financing Agreement** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **MNR Capital 7901 4th Street North Suite 7491 Saint Petersburg, FL 33702** | | 90 days or less: UCC No. 007-2024-010427 Filed on 3/1/24 in Barrow County | **Disputed** | **$30,000.00** | **Unknown** | **Unknown** |
| **South East Bank 12700 Kingston Pike Farragut, TN 37934** | | 90 days or less: UCC No. 007-2017-026555 Filed on 1/13/22 in Barrow County | **Disputed** | **$138,000.00** | **$0.00** | **$138,000.00** |
| **Stearns Bank Equipment Finance P.O. Box 327 Albany, MN 56307** | | **Dental chairs and curtains with tracks** | | **$66,000.00** | **Unknown** | **Unknown** |
| **Symphona CPAs & Advisors 118 Park of Commerce Suite 200 Savannah, GA 31405** | | **Unpaid service fees** | | | | **$7,600.00** |

# United States Bankruptcy Court
## Middle District of Georgia

In re   **American Dental of LaGrange LLC**                                                    Case No.
                                        Debtor(s)                                                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 24, 2024**                          **/s/ Michael Knight**
                                                  **Michael Knight**/**Authorized Person**
                                                  Signer/Title

```
American Dental of Eastman, LLC
P.O. Box 457
Eastman GA 31023

American Dental of Fitzgerald, LLC
P.O. Box 457
Eastman GA 31023

American Dental of Georgia, LLC
P.O. Box 457
Eastman GA 31023

American Dental of Georgia, LLC
1114 Brookwood Drive
Eastman, Georgia 31023

Avanza Group, LLC
3974 Amboy Road, Suite 306
Staten Island NY 10308

Borrette Eastate LLC
2350 First Street
Napa CA 94581-0540

Borrette Lane Estates, LLC
2350 First Street
Napa CA 94559

Clearview Funding Solutions, LLC
576 Broadhollow Road
Melville NY 11747

Corporation Service Company
As Representative
P.O. Box 2576
Springfield IL 62708

CT  Corporation System, as Rep.
Attn: SPRS
330 N Brand Blvd., Suite 700
Glendale CA 91203

CT Corporation Systems as Rep
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale CA 91203

E Advance Services
370 Lex Avenue, Suite 801
New York NY 10017

Fundamental Capital, LLC d/b/a NEXI Fin
2803 Biscayne Blvd.
Miami FL 33180
```

Georgia Dental Associates, LLC
315 14th Street E.
Tifton GA 31794

K&P Realty, LLC
P.O. Box 457
Eastman GA 31023

Michael Knight
P.O. Box 457
Eastman GA 31023

MNR Capital
7901 4th Street North
Suite 7491
Saint Petersburg FL 33702

South East Bank
12700 Kingston Pike
Farragut TN 37934

Stearns Bank Equipment Finance
P.O. Box 327
Albany MN 56307

Symphona CPAs & Advisors
118 Park of Commerce
Suite 200
Savannah GA 31405

# United States Bankruptcy Court
## Middle District of Georgia

In re  **American Dental of LaGrange LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **American Dental of LaGrange LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**American Dental of Georgia, LLC**
**1114 Brookwood Drive**
**Eastman, Georgia 31023**

☐ None [*Check if applicable*]

**May 24, 2024**
Date

**/s/ Matthew S. Cathey**
**Matthew S. Cathey**
Signature of Attorney or Litigant
Counsel for   **American Dental of LaGrange LLC**
**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**mcathey@stoneandbaxter.com**